# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14502/1100228830

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:08-bk-04463-EWH |
| Ruben Dawahoya | Chapter 13 |
| Debtor. | |
| Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage Inc., fka, Norwest Mortgage Inc., its successors and/or assigns | MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY RE: Real Property Located at 6727 E. Stacy Street Florence, AZ 85232 |
| Movant, | |
| vs. | |
| Ruben Dawahoya, Debtor; Dianne C. Kerns, Trustee. | |
| Respondents. | |

    Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its on real property owned by Debtor, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the

….

real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 15th day of July, 2008.

                              Respectfully submitted,

                              TIFFANY & BOSCO, P.A.

                              BY   /s/ MSB # 010167
                                    Mark S. Bosco
                                    Leonard J. McDonald
                                    Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Ruben Dawahoya filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Dianne C. Kerns was appointed Trustee of the bankruptcy estate.

2. Debtor has certain real property located in Pinal County, Arizona, more particularly described as:

> LOT 435, OASIS AT MAGIC RANCH, PHASE II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN BOOK F, PAGE 129.

3. Debtor is secured by a Deed of Trust, dated August 18, 2006, recorded in the office of the Pinal County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage Inc., fka, Norwest Mortgage Inc., its successors and/or assigns is a proper party in interest as it is the servicer of the Note and Deed of Trust. The Mortgage Electronic Registration Systems, Inc. Servicer Identification Number is attached hereto as Exhibit "C".

…

4. By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtor. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5. Debtor is in default on obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after October 1, 2007. Post-petition payments are due from and after April 21, 2008, as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,395.34 | $4,186.02 |
| (May 1, 2008-July 1, 2008) | |
| 2 Late Charges at $52.88 each | $ 105.76 |
| (May 16, 2008-June 16, 2008) | |
| Attorneys Fees | $ 450.00 |
| Motion for Relief Filing Fee | $ 150.00 |
| Total | $4,891.78 |

Furthermore, a payment becomes due on and on the day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

6. Debtor is indebted to Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage Inc., fka, Norwest Mortgage Inc., its successors and/or assigns for the principal balance in the amount of $160,648.00, plus accruing interest, costs, and attorneys fees.

7. Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

….

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtor their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtor and to obtain ownership, possession and control of the Property.

DATED this 15th day of July, 2008.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant